UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YVETTE CARRASCO,

    Plaintiff,

v.                            Case No: 2:15-cv-479-FtM-29CM

CITY OF SANIBEL,

    Defendant.

## ORDER

Before the Court is J. Marcos Martinez' Amended Motion *Instanter* for Temporary Admission (Doc. 29), filed on March 10, 2016. Defendant has no objection to the requested relief. Doc. 29 at 3. Pursuant to Local Rule 2.02(d), Attorney Martinez seeks temporary admission into to this Court. For the reasons set forth below, Attorney Martinez's motion is granted.

Attorney Martinez is scheduled to be admitted to this Court on March 15, 2016. Doc. 29 at 2. A deposition, however, has been scheduled in this matter for March 11, 2016. *Id.* Initially, Attorney Michael R. Piper, who is admitted to this Court, was scheduled to attend the deposition. *Id.* at 1-2. Attorney Piper has a conflict and now must be in trial on the date of the deposition. *Id.* at 2. Thus, Attorney Martinez seeks temporary admission to this Court to attend the deposition on March 11, 2016.

Local Rule 2.01(a) states that "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule." M.D. Fla. R. 2.01(a). "In an

extraordinary circumstance a lawyer who is not a member of the Middle District bar may move *instanter* for temporary admission provided the lawyer appears eligible for membership in the Middle District bar and simultaneously initiates proceedings for general or special admission to the Middle District bar." M.D. Fla. R. 2.02(d).

Here, the Court finds extraordinary circumstances warranting temporary admission. Attorney Martinez appears to be eligible for membership and is scheduled to be sworn in to this Court on March 15, 2016. Additionally, Plaintiff has no objection to the temporary admission.

ACCORDINGLY, it is hereby

**ORDERED:**

J. Marcos Martinez' Amended Motion *Instanter* for Temporary Admission (Doc. 29) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 10th day of March, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record