UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YVETTE CARRASCO,

    Plaintiff,

v.                                    Case No:   2:15-cv-479-FtM-29CM

CITY OF SANIBEL,

    Defendant.

## ORDER

Before the Court is Defendant, City of Sanibel's, Amended Unopposed Motion for HIPAA Qualified Protective Order and Order to Disclose Protected Health Information (Doc. 32) filed on March 16, 2016.  Defendant moves for a Qualified Protective Order pursuant to 45 C.F.R. § 164.512(e)(1).   Doc. 32 at 1. Plaintiff has no objection to the request.   Thus, the motion is granted.

    ACCORDINGLY, it is hereby

**ORDERED:**

    1.     Defendant, City of Sanibel's, Amended Unopposed Motion for HIPAA Qualified Protective Order and Order to Disclose Protected Health Information (Doc. 32) is **GRANTED**.

    2.     The parties are prohibited from using or disclosing Plaintiff's protected health information for any purpose other than the litigation proceeding for which such information was requested.   45 C.F.R. § 164.512(e)(1)(v)(A).

3. The parties also are required to return to the covered entity or destroy the protected health information (including all copies made) at the end of the litigation or proceeding.   45 C.F.R. § 164.512(e)(1)(v)(B).

4. The parties also are permitted to use and disclose the protected health information that is the subject of this lawsuit to or with any of the following:

a. the parties' experts concerning the case or claim;

b. other parties and their counsel in response to request for copies, interrogatories, and requests for production; and

c. in any judicial proceeding related to this litigation, including but not limited to trial and appeal.

5. The parties are prohibited from disclosure or discovery of protected health information outside of the normal discovery procedures.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of March, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record