UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YVETTE CARRASCO,

    Plaintiff,

v.                                    Case No: 2:15-cv-479-FtM-29CM

CITY OF SANIBEL,

    Defendant.

### ORDER

Before the Court are Plaintiff Yvette Carrasco's Renewed Motion to Compel Better Answers to Interrogatories and for Compliance with FRCP 26 (Doc. 20), Defendant's Motion for Extension of Pre-Trial Deadlines and to Continue Trial (Doc. 23) and Defendant, City of Sanibel's, Motion to Extend Deadline to Disclose Expert Witness Reports (Doc. 26).

The undersigned heard extensive argument on the various motions at a hearing on April 5, 2016. For the reasons stated on the record, the motions are granted in part and denied in part.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff Yvette Carrasco's Renewed Motion to Compel Better Answers to Interrogatories and for Compliance with FRCP 26 (Doc. 20) is **GRANTED in part and DENIED in part**.

a. Defendant's objection to Interrogatory No. 9 was withdrawn. Thus, Defendant must provide the requested information on or before **April 20, 2016**.

b. With respect to the Interrogatories Nos. 3, 4, 7, and 8 which request that Defendant identify particular individuals, on or before **April 20, 2016,** Defendant must identify those individuals from January 1, 2014 to present, subject to the interrogatory request. Otherwise, denied.

c. Plaintiff's request to compel a better response to Interrogatory No. 10 is **DENIED.**

d. Pursuant to Federal Rule of Civil Produce 26(a)(1)(A)(iv), on or before **April 20, 2016**, Defendant must produce copies of all insurance policies in effect on the date of loss that may satisfy all or part of any possible judgment.

2. Defendant's Motion for Extension of Pre-Trial Deadlines and to Continue Trial (Doc. 23) is **GRANTED in part and DENIED in part**. The deadlines set forth in the Case Management and Scheduling Order (Doc. 16) will be extended by four months. The deadline to add parties and amend pleadings will be extended by two months from the date of this Order. All other directives set forth in the Case Management and Scheduling Order remain unchanged.

3. Defendant, City of Sanibel's, Motion to Extend Deadline to Disclose Expert Witness Reports (Doc. 26) is **GRANTED in part and DENIED in part**. Defendant's deadline to disclose its experts also will be extended by four months.

4. An Amended Case Management and Scheduling Order will be entered by separate Order.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of April, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record