UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YVETTE CARRASCO,

    Plaintiff,

v.                                           Case No:   2:15-cv-479-FtM-29CM

CITY OF SANIBEL,

    Defendant.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Compel Subpoena (Doc. 43), filed on April 13, 2016. Plaintiff requests that the Court enter an order requiring Grounds by Green Ways, Inc. to comply with a subpoena issued by Plaintiff. Doc. 43 at 2. Defendant does not opposed the request. *Id.* For the reasons set forth below, Plaintiff's motion is granted.

Pursuant to the federal rules the party serving the subpoena may move the Court for an order requiring compliance with subpoena. Fed. R. Civ. P. 45(d)(2)(B)(i). Here, Plaintiff properly served a subpoena on Robert W. Walton as Corporate Representative for Grounds by Green Ways, Inc. commanding that he appear for a deposition and produce documents on April 6, 2016. Doc. 43 at 1; *See also* Doc. 43-1. The Corporate Representative failed to file any objection to the subpoena or appear for the deposition. Accordingly, the Court will order Grounds by Green Ways, Inc. to comply with the subpoena on or before June 13, 2016. Alternatively, Grounds by Green Ways, Inc. must show cause on or before June 13,

- 2 -

2016 as to why it cannot comply with the subpoena and why it should not be held in contempt for failure to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Compel Subpoena (Doc. 43) is **GRANTED**.

2. Grounds by Green Ways, Inc. is ordered to comply with the subpoena on or before June 13, 2016 or show cause as to why it cannot comply and why it should not be held in contempt.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record